Garcia, J.
(concurring). I agree fully with the majority opinion. I write separately to express an opposing view with respect to the “recommended practice[s]” discussed in Judge Fahey’s concurring opinion (concurring op at 544). Rather than a “full adversarial” hearing (concurring op at 544), I believe the appropriate practice is best determined by the trial court on the facts and circumstances of a given case, with due regard for judicial resources. As the majority notes, “[n]ot every dispute about the record mandates a reconstruction hearing” (majority op at 542, citing People v Santorelli, 95 NY2d 412, 424 [2000]; see also People v Glass, 43 NY2d 283, 286 [1977]). Similarly, I would not recommend involving a trial judge in some form of dialogue with a court reporter unless a dispute as to any proposed change to the transcript arises.
Chief Judge DiFiore and Judges Rivera, Stein, Fahey and Garcia concur, Judge Fahey in a concurring opinion and Judge Garcia in a separate concurring opinion in which Chief Judge DiFiore concurs.
Order affirmed.